```
        IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
              DIVISION OF ST. THOMAS & ST. JOHN
```

| | |
|---|---|
| **DERKIS SANCHEZ** )<br>)<br>       **Plaintiff,** )<br>)<br>    v. )<br>)<br>**INNOVATIVE TELEPHONE** )<br>**CORPORATION f/k/a VIRGIN** )<br>**ISLANDS TELEPHONE CORPORATION,** )<br>)<br>       **Defendant.** )<br>_____ ) | Civil No. 2005-45 |

**ATTORNEYS:**

**George M. Miller, Esq.**
St. Thomas, U.S.V.I.
    *For the Plaintiff.*

**Douglas L. Capdeville, Esq.**
St. Croix, U.S.V.I.
    *For the Defendant.*

<u>**JUDGMENT**</u>

**GÓMEZ, C.J.**

    Before the Court is the motion of the defendant, Innovative Telephone Corporation ("Innovative"), for summary judgment against the plaintiff, Derkis Sanchez. For the reasons more fully stated in the Memorandum Opinion of even date, it is hereby

    **ORDERED** that the motion is **GRANTED**; it is further

    **ORDERED** that summary judgment shall be entered in favor of Innovative; and it is further

    **ORDERED** that the Clerk of the Court shall close this matter.

*Sanchez v. Innovative Telephone Corporation*
Civil No. 2005-45
Judgment
Page 2

**Dated: November 30, 2007**

                                            S_____
                                               **CURTIS V. GÓMEZ**
                                                 **Chief Judge**


copy:       Hon. Geoffrey W. Barnard
            George M. Miller, Esq.
            Douglas L. Capdeville, Esq.
            Carol C. Jackson
            Lydia Trotman
            Claudette Donovan
            Olga Schneider
            Gregory F. Laufer